UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAILA HRNJIC,

    Plaintiff,

v.                                          Case No. 8:09-cv-2067-T-30AEP

ERIC HOLDER, Attorney General of the
United States, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Motion for Dismissal (Dkt. #16). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Dismissal (Dkt. #16) is GRANTED.

2. This cause is dismissed.

3. Any pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 17, 2010.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-2067.dismiss 16.wpd